Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10367−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven Kirker
    104 Prospect Street
    Nutley, NJ 07110

Social Security No.:
    xxx−xx−7454

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 1/15/20 at 10:00 AM

to consider and act upon the following:

*44* − Motion for Relief from Stay re: 2013 FORD Mustang Coupe 2D V6. Fee Amount $ 181. Filed by Jason Brett Schwartz on behalf of Capital One Auto Finance, a division of Capital One, N.A.. Hearing scheduled for 1/7/2020 at 10:00 AM at RG − Courtroom 3E, Newark. (Attachments: # 1 Exhibit # 2 Form 16A # 3 Certification # 4 Certificate of Service # 5 Proposed Order # 6 Statement as to Why No Brief is Necessary) (Schwartz, Jason)INCORRECT HEARING DATE SET Modified on 12/5/2019 (car).

Dated: 12/5/19

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court