UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Diaz & Associates, P.A.
Adrian Johnson, Esquire
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054

| In Re:<br><br>Steven Kirker | Case No.: | 19-10367 |
|---|---|---|
| | Judge: | RG |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____ , at _____ .


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .


☒ Certification of Default filed by ___Marie Ann Greenberg, Trustee___ ,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____ , but have not

been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):

The primary reason to dismiss is primarily due for the Debtor's failure to submit a loan modification package. The documents have been presented to undersigned and concurrent with this response a motion to extend the loss mitigation period has been file with the Court.

3.      This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: December 24, 2019                         /S/ Steven Kirker
                                                Debtor's Signature

Date:                                           
                                                Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*