Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10367−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Steven Kirker
  104 Prospect Street
  Nutley, NJ 07110

Social Security No.:
  xxx−xx−7454

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/20 at 10:00 AM

to consider and act upon the following:

**52** − Objection to TO APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:49 Application for Extension of Loss Mitigation Period. Filed by Adrian Johnson on behalf of Steven Kirker. Objection deadline is 12/31/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Steven Kirker) filed by Jill Manzo on behalf of Bayview Loan Servicing, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007−22). (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 1/2/20

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court