Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−10367−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Kirker
   104 Prospect Street
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−7454

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/5/20 at 10:00 AM

to consider and act upon the following:

*52* − Objection to TO APPLICATION FOR EXTENSION OF LOSS MITIGATION (related document:49 Application for Extension of Loss Mitigation Period. Filed by Adrian Johnson on behalf of Steven Kirker. Objection deadline is 12/31/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Steven Kirker) filed by Jill Manzo on behalf of Bayview Loan Servicing, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007−22). (Attachments: # 1 Certificate of Service) (Manzo, Jill)

Dated: 1/2/20

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                    Case No. 19-10367-RG
Steven Kirker                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 1               Date Rcvd: Jan 02, 2020
                               Form ID: ntchrgbk            Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db             +Steven Kirker,    104 Prospect Street,    Nutley, NJ 07110-3143
aty            +Jenelle C. Arnold,    Aldridge Pite, LLP,    4375 Jutland Dr.,    Ste., 200,    PO Box 17933,
                 San Diego, CA 92177-7921
cr             +Advanced Dental Aesthetics,    Benjamin A. Stanziale, Esq,    29 Northfield Avenue, Suite 201,
                 West Orange, NJ 07052-5358
cr             +Capital One Auto Finance, a division of Capital On,    P.O. Box 340514,    Tampa, FL 33694-0514

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 02 2020 23:21:50
                 AIS Portfolio Services, LP Attn: Capital One Auto,    4515 N Santa Fe Ave, Dept APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 02 2020 23:21:09
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Advanced Dental Aesthetics
               ben@stanzialelaw.com
              Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York,
               as Trustee (CWALT 2007-22) cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK
               OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gavin   Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A. gavin@stewartlegalgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              Jill   Manzo    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York,
               as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10