UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Firm of Diaz & Associates, P.A.
309 Fellowship Road
Suite 200
Mt. Laurel, NJ 08054
Email: evanf@diazlawnow.com

| | |
|---|---|
| In Re:<br><br>Steven Kirker | Case No.: _____19-10367_____<br><br>Judge: _____RG_____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one):**

1.    ☒ Motion for Relief from the Automatic Stay filed by ____The Bank of New York____ ,

creditor,

A hearing has been scheduled for ____February 5, 2020____ , at ___10:00___ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.    I oppose the above matter for the following reasons **(choose one):**

☐ Payments have been made in the amount of $ _____ , but have not

been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Payments have been made to Bayview Loan Servicing, due to a recent notice
received, I was informed that the mortgage account was transferred to Shellpoint
Mortgage Servicing and the payments are not reflected in the payment history. I
otherwise believe I am current with all payments and I am in the process of
reviewing my records with the current servicer.

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: _February 4, 2020_____         _/S/ Steven Kirker_____
                                       Debtor's Signature

Date: _____         _____
                                       Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*