Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–10367–RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Steven Kirker
 104 Prospect Street
 Nutley, NJ 07110

Social Security No.:
 xxx–xx–7454

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 22, 2019.

On 3/12/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:         April 15, 2020
Time:         08:30 AM
Location:     Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 13, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10367-RG
Steven Kirker                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 2             Date Rcvd: Mar 13, 2020
                                Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
```
db          +Steven Kirker,   104 Prospect Street,   Nutley, NJ 07110-3143
aty         +Jenelle C. Arnold,    Aldridge Pite, LLP,   4375 Jutland Dr.,   Ste., 200,   PO Box 17933,
              San Diego, CA 92177-7921
cr          +Advanced Dental Aesthetics,    Benjamin A. Stanziale, Esq,   29 Northfield Avenue, Suite 201,
              West Orange, NJ 07052-5358
cr          +Capital One Auto Finance, a division of Capital On,    P.O. Box 340514,   Tampa, FL 33694-0514
517957633   +Advanced Dental Aesthtics,   c/o Joseph S Di Stefano DMD,   286 Park Street,
              Montclair, NJ 07043-1733
517957634    Bayview Loan Services LLC,   P.O. Box 650091,   Dallas, TX 75265-0091
517957636   +Public Service Fcu,   619 Union Ave,   Middlesex, NJ 08846-1963
518125482   +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
518713535    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC  29603-0826
518713536    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    P.O. Box 10826,
              Greenville, SC  29603-0826,    THE BANK OF NEW YORK MELLON FKA THE BANK,   P.O. Box 10826,
              Greenville, SC  29603-0826
517985262   +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Jenelle C. Arnold,
              ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
              San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:11     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:07     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 14 2020 00:34:38
              AIS Portfolio Services, LP Attn: Capital One Auto,   4515 N Santa Fe Ave, Dept APS,
              Oklahoma City, OK 73118-7901
518062817   +E-mail/Text: g20956@att.com Mar 14 2020 00:29:48     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,   KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ. 07921-2693
517957635    E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 14 2020 00:34:47     Capital One Auto Finan,
              Credit Bureau Dispute,   Plano, TX 75025
517982814   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 14 2020 00:34:37
              Capital One Auto Finance,,    a division of Capital On,   4515 N Santa Fe Ave, Dept APS,
              Oklahoma City, OK 73118-7901
517966063   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 14 2020 00:35:30
              Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
              4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Mar 13, 2020
                               Form ID: 185                Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
    Adrian   Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com
    Benjamin A. Stanziale, Jr.    on behalf of Creditor    Advanced Dental Aesthetics
     ben@stanzialelaw.com
    Charles G. Wohlrab    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York,
     as Trustee (CWALT 2007-22) cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
    Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK
     OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Gavin   Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
     N.A. gavin@stewartlegalgroup.com
    Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital
     One, N.A. jschwartz@mesterschwartz.com
    Jill   Manzo    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK OF
     NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com
    Marie-Ann   Greenberg    magecf@magtrustee.com
    Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York,
     as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                  TOTAL: 10