UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD PC**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Secured Creditor
Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-22
JILL A. MANZO, ESQ.
RR128
bankruptcy@feinsuch.com

**Order Filed on May 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

STEVEN KIRKER

Debtor(s).

Case No.: 19-10367 RG

Adv. No.:

Hearing Date: April 15, 2020

Judge: HONORABLE ROSEMARY GAMBARDELLA

**ORDER RESOLVING OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: May 1, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**
Debtor(s): STEVEN KIRKER
Case No: 19-10367 RG
Caption of Order: **ORDER RESOLVING OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION**

Upon the Objection of **FEIN, SUCH, KAHN & SHEPARD, P.C.**, Attorneys for the Secured Creditor, Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-22, as to certain real property known as **104 PROSPECT ST, NUTLEY, NJ 07110** as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The Loss Mitigation is extended ninety (90) days from date of entry of this Order.

2. Debtor must maintain regular payments (and/or adequate protection payments, if applicable).

3. Secured Creditor reserves the right to file an objection to any additional extension requests and/or request Early Termination of Loss Mitigation

4. The Movant shall serve this Order on the Debtor, any Trustee and other party who entered an appearance on the Objection.

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 19-10367-RG
Steven Kirker                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: May 01, 2020
                            Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2020.
db              +Steven Kirker,   104 Prospect Street,   Nutley, NJ 07110-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2020 at the address(es) listed below:
              Adrian   Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com
              Benjamin A. Stanziale, Jr.    on behalf of Creditor    Advanced Dental Aesthetics
               ben@stanzialelaw.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK
               OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw
               York, as Trustee (CWALT 2007-22) ewassall@logs.com,  njbankruptcynotifications@logs.com
              Gavin   Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One,
               N.A. bk@stewartlegalgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              Jill   Manzo    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com
              Jill   Manzo    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
               ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York,
               as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11