UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840



Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  STEVEN KIRKER

Case No.: 19-10367RG

Hearing Date: 5/20/2020

Judge: ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: May 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 19-10367RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 05/20/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $1,240.30 by 5/30/2020 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/17/2020 at 8:30 a.m..