UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:
  STEVEN KIRKER

Case No.:  19-10367RG

Hearing Date:  5/20/2020

Judge:  ROSEMARY GAMBARDELLA

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: May 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case No.: 19-10367RG

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 05/20/2020 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor must pay the Trustee $1,240.30 by 5/30/2020 or the case will be dismissed without any further hearings or notice to debtor and debtor's attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 6/17/2020 at 8:30 a.m..

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Kirker  
    Debtor

Case No. 19-10367-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 22, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2020.
db         +Steven Kirker,   104 Prospect Street,   Nutley, NJ 07110-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2020 at the address(es) listed below:
           Adrian  Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com
           Benjamin A. Stanziale, Jr.    on behalf of Creditor   Advanced Dental Aesthetics
            ben@stanzialelaw.com
           Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK
            OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Elizabeth L. Wassall    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of Nw
            York, as Trustee (CWALT 2007-22) ewassall@logs.com,   njbankruptcynotifications@logs.com
           Gavin  Stewart    on behalf of Creditor   Capital One Auto Finance, a division of Capital One,
            N.A. bk@stewartlegalgroup.com
           Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance, a division of Capital
            One, N.A. jschwartz@mesterschwartz.com
           Jill  Manzo    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK OF
            NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com
           Jill  Manzo    on behalf of Creditor   Shellpoint Mortgage Servicing as servicer for THE BANK OF
            NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC.,
            ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS bankruptcy@feinsuch.com
           Marie-Ann  Greenberg    magecf@magtrustee.com
           Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of Nw York,
            as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 11