Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−10367−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Kirker
   104 Prospect Street
   Nutley, NJ 07110

Social Security No.:
   xxx−xx−7454

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/3/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 3, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-10367-RG
Steven Kirker                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2            Date Rcvd: Jun 03, 2020
                               Form ID: 148             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db          +Steven Kirker,   104 Prospect Street,   Nutley, NJ 07110-3143
aty         +Jenelle C. Arnold,   Aldridge Pite, LLP,    4375 Jutland Dr.,   Ste., 200,   PO Box 17933,
              San Diego, CA 92177-7921
cr          +Advanced Dental Aesthetics,   Benjamin A. Stanziale, Esq,   29 Northfield Avenue, Suite 201,
              West Orange, NJ 07052-5358
cr          +Capital One Auto Finance, a division of Capital On,   P.O. Box 340514,   Tampa, FL 33694-0514
517957633   +Advanced Dental Aesthtics,   c/o Joseph S Di Stefano DMD,   286 Park Street,
              Montclair, NJ 07043-1733
517957634    Bayview Loan Services LLC,   P.O. Box 650091,   Dallas, TX 75265-0091
517957636   +Public Service Fcu,   619 Union Ave,   Middlesex, NJ 08846-1963
518125482   +THE BANK OF NEW YORK MELLON,   Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd., 5th Floor,   Coral Gables, FL 33146-1837
518713535    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
              Greenville, SC  29603-0826
518713536    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   P.O. Box 10826,
              Greenville, SC  29603-0826,   THE BANK OF NEW YORK MELLON FKA THE BANK,   P.O. Box 10826,
              Greenville, SC  29603-0826
517985262   +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Jenelle C. Arnold,
              ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
              San Diego, CA 92177-7921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: AISACG.COM Jun 04 2020 02:28:00     AIS Portfolio Services, LP Attn: Capital One Auto,
              4515 N Santa Fe Ave, Dept APS,   Oklahoma City, OK 73118-7901
518062817   +EDI: CINGMIDLAND.COM Jun 04 2020 02:28:00     AT&T Mobility II LLC,   %AT&T SERVICES INC.,
              KAREN A. CAVAGNARO  PARALEGAL,   ONE AT&T WAY, SUITE 3A104,   BEDMINSTER, NJ. 07921-2693
517957635    EDI: CAPONEAUTO.COM Jun 04 2020 02:28:00     Capital One Auto Finan,   Credit Bureau Dispute,
              Plano, TX 75025
517982814   +EDI: AISACG.COM Jun 04 2020 02:28:00     Capital One Auto Finance,,   a division of Capital On,
              4515 N Santa Fe Ave, Dept APS,   Oklahoma City, OK 73118-7901
517966063   +EDI: AISACG.COM Jun 04 2020 02:28:00     Capital One Auto Finance, a division of,
              AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 3, 2020 at the address(es) listed below:
          Adrian   Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com
          Benjamin A. Stanziale, Jr.    on behalf of Creditor   Advanced Dental Aesthetics
           ben@stanzialelaw.com
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK
           OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jun 03, 2020
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Elizabeth L. Wassall    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York, as Trustee (CWALT 2007-22) ewassall@logs.com, njbankruptcynotifications@logs.com
          Gavin  Stewart    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. bk@stewartlegalgroup.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com
          Jill  Manzo    on behalf of Creditor    Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS bankruptcy@feinsuch.com
          Jill  Manzo    on behalf of Creditor    Bayview Loan Servicing, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of Nw York, as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                TOTAL: 11