| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on June 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   STEVEN KIRKER | Case No.:      19-10367 RG<br><br>Chapter:        13 |

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 3, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Case 19-10367-RG    Doc 87    Filed 06/05/20    Entered 06/06/20 00:24:43    Desc Imaged
Debtor(s): STEVEN KIRKER    Certificate of Notice    Page 2 of 3

Case No.: 19-10367

Caption of Order:  Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 05/21/2020 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commissions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Kirker  
    Debtor

Case No. 19-10367-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 03, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.  
db           +Steven Kirker,    104 Prospect Street,    Nutley, NJ 07110-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:

         Adrian   Johnson    on behalf of Debtor Steven  Kirker evanf@diazlawnow.com  
         Benjamin A. Stanziale, Jr.    on behalf of Creditor   Advanced Dental Aesthetics ben@stanzialelaw.com  
         Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elizabeth L. Wassall    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of Nw York, as Trustee (CWALT 2007-22) ewassall@logs.com,  njbankruptcynotifications@logs.com  
         Gavin   Stewart    on behalf of Creditor   Capital One Auto Finance, a division of Capital One, N.A. bk@stewartlegalgroup.com  
         Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance, a division of Capital One, N.A. jschwartz@mesterschwartz.com  
         Jill   Manzo    on behalf of Creditor   Bayview Loan Servicing, LLC, as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-22) bankruptcy@feinsuch.com  
         Jill   Manzo    on behalf of Creditor   Shellpoint Mortgage Servicing as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2007-22, MORTGAGE PASS bankruptcy@feinsuch.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
         Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of Nw York, as Trustee (CWALT 2007-22) rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                     TOTAL: 11